IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **EARL ALLEN LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Docket No. 3:13-0111** |
| **CLAYTON (NICK) JACKSON, et al.** | ) | **Judge Haynes** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

COMES NOW Brent S. Usery with the law firm of SPICER RUDSTROM PLLC and hereby enters his appearance on behalf of the Defendant, Kenneth Brown, without waiving any objection to jurisdiction of this Court and reserving all defenses, including but not limited to, service of process and all other defenses available under Rule 12 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**SPICER RUDSTROM, PLLC**

/s/ Brent S. Usery
Brent S. Usery (BPR# 25737)
Bank of America Plaza
414 Union Street, Suite 1700
Nashville, Tennessee 37219
(615) 259-9080
(615) 259-1522 (fax)
bsu@spicerfirm.com
*Attorney for Defendant Kenneth Brown*

## CERTIFICATE OF SERVICE

       I certify that a true and exact copy of the foregoing **MOTION** has been served on counsel of record by this Court's electronic filing system and upon the unrepresented defendants by United States mail, postage prepaid and properly addressed, on the 25th day of March 2013.

Richard M. Brooks, Esq.
130 Third Avenue West
Carthage, TN 37030

Amanda Givens Mobley
1419 Indian Creek Road
Cumberland Furnace, TN 37051

Clayton (Nick) Jackson
433 Spencer Alley
Charlotte, TN 37036

                                              /s/ Brent S. Usery
                                              Brent S. Usery