IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| EARL ALLEN LEWIS, ) | CASE NUMBER 3:13-cv-0111 |
|     Plaintiff, ) | |
| ) | JURY DEMANDED |
| v ) | |
| ) | JUDGE HAYNES |
| KENNETH BROWN, Individually and ) | |
| in his Official Capacity as a Deputy for ) | |
| the Dickson County Sheriff's Department;) | |
| ) | |
| CLAYTON (NICK) JACKSON; ) | |
| ) | |
| AMANDA GIVENS MOBLEY; ) | |
| ) | |
| JANE GIVENS NEAL; ) | |
| ) | |
| JOHN DOES I – V, Individually and in ) | |
| their Official Capacities as Deputies for ) | |
| the Dickson County Sheriff's Department ) | |
| ) | |
|     Defendants. ) | |

**JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Upon agreement of counsel, as evidenced by their signatures below, the parties request that the initial case management conference scheduled for Monday, April 1, 2013, in the above-captioned matter be rescheduled for a date convenient with this Honorable Court.

**RESPECTFULLY SUBMITTED** this the 28th day of March 2013,

*/s/ Richard M. Brooks*
**RICHARD M. BROOKS - #4308**
**ATTORNEY FOR PLAINTIFF**
130 Third Avenue West
Carthage, TN  37030
(615) 735-0807 – Phone
(615) 735-1921 – Fax
utkrmb@comcast.net - Email

/s/ Brent S. Usery
**BRENT S. USERY - #25737**
**ATTORNEY FOR DEFENDANT KENNETH BROWN**
Spicer Rudstrom, PLLC
Bank of America Plaza
414 Union Street, Suite 1700
Nashville, TN 37219
(615) 259-9080 – Phone
(615) 259-1522 – Fax
bsu@spicerfirm.com - Email


/s/ Reanna L. Todd
**REANNA L. TODD - #30376**
**ATTORNEYS FOR DEFENDANT CLAYTON NICK JACKSON**
The Kennedy Law Firm
127 South Third Street
Clarksville, TN 37040
(931) 645-9900 – Phone
(931) 920-3300 – Fax
rtodd@klflaw.net - Email