IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| EARL ALLEN LEWIS, | ) | |
|     Plaintiff, | ) | NO. 3:13-cv-0111 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| KENNETH BROWN, Individually and in his | ) | JURY DEMAND |
| Official Capacity as a Deputy for the | ) | |
| Dickson County Sheriff's Department; | ) | |
| | ) | |
| CLAYTON (NICK) JACKSON; | ) | |
| | ) | |
| AMANDA GIVENS MOBLEY; | ) | |
| | ) | |
| JANE GIVENS NEAL; | ) | |
| | ) | |
| JOHN DOES I – V, Individually and in their | ) | |
| Official capacities as Deputies for the | ) | |
| Dickson County Sheriff's Department | ) | |
| | ) | |
|     Defendants. | ) | |

## MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Comes now the Defendant, KENNETH BROWN, INDIVIDUALLY, by and through counsel, and moves the Court to reschedule the Initial Case Management Conference currently set for April 15, 2013. In support of his motion Defendant Kenneth Brown states as follows:

    1.    Counsel for Kenneth Brown, Individually, was retained to represent Defendant Brown in his individual capacity just this afternoon and has not had adequate time to review and investigate this file.

    2.    Defendant Brown's answer is not due until April 25, 2013. (D.E. 10).

THEREFORE, Defendant KENNETH BROWN, INDIVIDUALLY, requests the

scheduled Initial Case Management Conference be rescheduled for a date after the April 25, 2013, deadline for this Defendant to file his answer.

        Respectfully submitted,

        BATSON NOLAN PLC

        By: /s/ Mark Nolan
           Mark Nolan, BPR No. 015859
           Kathryn W. Olita, BPR No. 023075
           Counsel for Defendant
           KENNETH BROWN, INDIVIDUALLY
           121 South Third Street
           Clarksville, Tennessee 37040
           (931) 647-1501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system or other appropriate means to:

Richard Marshall Brooks
130 Third Avenue, W
Carthage, TN 37030
*Attorney for Plaintiff*

Brent S. Usery
Spicer Rudstrom, PLLC
414 Union Street, Suite 1700
Nashville, TN 37219

Reanna L. Todd
127 South Third Street
Clarksville, TN 37040
*Attrorney for Clayton (Nick) Jackson*

Olin Baker
Baker Law Group, PLLC
306 42nd Avenue N
Nashville, TN 37209
*Attorney for Jane Givens Neal*

on this   10th   day of  April , 2013.

        BATSON NOLAN PLC

        By: /s/ Mark Nolan